Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF SEATTLE, a bank created by federal law,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL INC., a Connecticut corporation; BCAP LLC, a Delaware limited liability company; and BARCLAYS BANK PLC, a public limited company registered in England and Wales,<br><br>Defendants. | No. 2:10- cv-00139-MJP<br><br>NOTICE OF RELATED CASES |

Plaintiff Federal Home Loan Bank of Seattle hereby notifies the Court that the following actions pending before the Court are related to this action:

1. *Federal Home Loan Bank of Seattle v. Morgan Stanley & Co., Inc., et al.*, Case No. 2:10-civ-00132 RSM

2. *Federal Home Loan Bank of Seattle v. Deutsche Bank Securities Inc., et al.*, Case No. 2:10-civ-140 RAJ

3. *Federal Home Loan Bank of Seattle v. UBS Securities LLC, et al.*, Case No. 2:10-civ-146 RSL

NOTICE OF RELATED CASES
NO. 2:10- cv-00139-MJP – Page 1

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

4. *Federal Home Loan Bank of Seattle v. Banc of America Securities LLC, et al.*, Case No. 2:10-civ-00147 RSM

5. *Federal Home Loan Bank of Seattle v. Countrywide Securities Corp., et al.*, Case No. 2:10-civ-148 RAJ

6. *Federal Home Loan Bank of Seattle v. Merrill Lynch Pierce Fenner & Smith Inc., et al.*, Case No. 2:10-civ-150 RSL

7. *Federal Home Loan Bank of Seattle v. Bear, Stearns & Co. Inc., et al.*, Case No. 2-10-civ-151 MJP

8. *Federal Home Loan Bank of Seattle v. Credit Suisse Securities (USA) LLC, et al.*, Case No. 2:10-civ-00167 RAJ

9. *Federal Home Loan Bank of Seattle v. RBS Securities, Inc., et al.*, Case No. 2:10-civ-00168 RAJ

10. *Federal Home Loan Bank of Seattle v. Goldman, Sachs & Co., et al.*, Case No. 2:10-civ-00177 MJP

DATED: February 1, 2010

YARMUTH WILSDON CALFO PLLC

By: *s/ Matthew A. Carvalho*
Richard C. Yarmuth, WSBA No. 4990
Matthew A. Carvalho, WSBA No. 31201
818 Stewart Street, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Fax: 206.516.3888
Email: yarmuth@yarmuth.com
mcarvalho@yarmuth.com

*Attorneys for Plaintiff Federal Home Loan Bank of Seattle*

NOTICE OF RELATED CASES
NO. 2:10- cv-00139-MJP – Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

600.01 ka272002 2/1/10